

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2018

No. 04-18-00306-CV

**IN THE INTEREST OF S.R.**, et al., children,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017PA01218
Honorable Richard Garcia, Judge Presiding

# O R D E R

The Appellant-Mother, E.R.'s Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to July 5, 2018.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court